*On and for the record*
*Case No.: 3:16-cv-01645*

**NON-NEGOTIABLE**  By Registered Mail RE 535 035 074 US

**To: Carl D. Crowell**, Attorney of Record in case 3:16-cv-01645 Federal Court District of Oregon
C/o 943 Liberty Street SE
Salem, Oregon [97302]

**From: JAMES EDWARD BECKMANN,** a Non-Commercial Business registered with the State of Oregon OFFICE OF THE SECRETARY OF STATE Corporation Division with Certified Copy 287Y988a4 and a registry number of 1315372-92, and

**JAMES E BECKMANN,** a Non-Commercial Business Registered with State of Oregon OFFICE OF THE SECRETARY OF STATE Corporation Division Certified Copy 464P975K1 and registry number 1315374-90
Non-Domestic Mail
In care of: 2500 East Second Street
Newberg, Oregon
ZIP CODE EXEMPT

## Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

**Dear Carl D. Crowell,**

### LEGAL NOTICE

You are served **LEGAL NOTICE** that you are not authorized to do anything on behalf of JAMES EDWARD BECKMANN, JAMES E BECKMANN, or James Edward Beckmann and if you do you are accepting the full liability for the consequences.

Since you are an officer of the court, JAMES EDWARD BECKMANN, JAMES E BECKMANN, and James Edward Beckmann give **LEGAL DEMAND** that you operate in your official capacity in all regards to us.

JAMES EDWARD BECKMANN and JAMES E BECKMANN, Non-Commercial Businesses Registered with State of Oregon OFFICE OF THE SECRETARY OF STATE Corporation Division Certified Copy were formed on April 17, 2017 hereby serve **LEGAL NOTICE** that we are not responsible for any alleged prior actions of our Authorized Representative, James Edward Beckmann a private person.

JAMES EDWARD BECKMANN, Non-Commercial Business, serves **LEGAL NOTICE** that this frivolous lawsuit and your actions are hindering our ability to conduct commerce and violating our rights.

JAMES E BECKMANN, Non-Commercial Business, serves **LEGAL NOTICE** that the lien you have placed on the property at 2500 E. 2nd Street Newberg, Oregon is hindering our ability to conduct commerce and violating our rights.

JAMES EDWARD BECKMANN and JAMES E BECKMANN, Non-Commercial Businesses, serve **LEGAL DEMAND** that you stop the following: violating The Constitution of the United States, violating the Lieber Code Martial Law, committing Fraud, hindering our ability to conduct commerce, the illegal restraint of our trade, violating RICO laws, violating Federal criminal statutes relating to deprivation of rights under color of law, and the Indirect Contempt of Court which are hindering our ability to conduct commerce.

JAMES EDWARD BECKMANN and JAMES E BECKMANN, Non-Commercial Businesses, serve **LEGAL DEMAND** that you drop this frivolous lawsuit and remove all liens within three business days of receipt of this letter; the failure to do so, JAMES EDWARD BECKMANN and JAMES E BECKMANN each require $100,000,000.00 (ONE HUNDRED MILLION US DOLLARS) from each of the Plaintiffs and $1,000,000 (ONE MILLION US DOLLARS) each from the Plaintiff's Counsel for violating our rights and hindering our ability to conduct commerce, but under RICO double the said remedy.

It is important that you acknowledge and understand that this is not a letter but a legal notice, which is a different species of correspondence altogether. I hereby declare that the law of agent and principal shall apply and that service upon one is service upon another.

No assured value, No liability, Errors & Omissions Excepted, and All Rights Reserved.

Executed without the United States; I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this thirteenth day of November, Two Thousand and Seventeen.

By: _James Edward Beckmann_ L.S
JURAT and Authorized Representative

Yamhill County   )   Subscribed, Sworn

As an Officer of the court, I, hereby certify that james edward beckmann, who is the living man, who appeared before me and after being duly put under oath, he executed the foregoing document.

_____
Notary Public

**OFFICIAL STAMP**
**DARLENE MORRIS**
NOTARY PUBLIC-OREGON
COMMISSION NO. 964955
MY COMMISSION EXPIRES AUGUST 08, 2021