CROWELL LAW
Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FATHERS & DAUGHTERS NEVADA, LLC, et al.,**<br><br>          Plaintiffs,<br><br>v.<br><br>**JAMES EDWARD BECKMANN,**<br><br>          Defendant. | Case No.: 3:16-cv-01645-SI<br><br>NOTICE OF DISMISSAL |

Plaintiffs dismiss this action WITHOUT PREJUDICE by notice pursuant to FRCP 41(a)(1)(A)(i) as no answer or motion for summary judgment has been filed.

DATED: December 13, 2017.

                                        Respectfully submitted

                                        */s/ Carl D. Crowell*
                                        Carl D. Crowell, OSB No. 982049
                                        carl@crowell-law.com
                                        503-581-1240
                                        Of attorneys for Plaintiffs